UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

FILED

2011 MAY 13 PM 2:04

In re:  
Eyres, Heather Kraft  
Eyres, Graham James  
AKA HEATHER LOIS KRAFT  

Debtor(s).

Case No. 05-21417 ASD

(CHAPTER 7)

$ 5.43
#274656

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

X    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

___    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: May 12, 2011

Thomas C. Boscarino, Trustee  
628 Hebron Avenue  
Building Two, Suite 301  
Glastonbury, CT 06033  
(860) 659-5657

**EXHIBIT A**

Case Name:    Eyres, Heather Kraft
Case Number:  05-21417

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| Discover Bank<br>Discover Financial Services, P.O. Box 8003<br>Hilliard, OH 43026 | 2 | $0.10 | $0.10 | |
| Discover Bank<br>Discover Financial Services, P.O. Box 8003<br>Hilliard, OH 43026 | 3 | $0.36 | $0.36 | |
| Chase Manhattan Bank USA, NA<br>c/o Weinstein & Riley, PS, 2101 4th Avenue,<br>Suite 900<br>Seattle, WA 98121 | 5 | $0.61 | $0.61 | |
| Citibank, N.A.<br>Citibank/CHOICE, Exception Pyt Processing,<br>P.O. Box 6305<br>The Lakes, NV 88901 | 6 | $0.25 | $0.25 | |
| Kohl's Department Store<br>c-o Creditors Bankruptcy Service, P.O. Box 740933<br>Dallas, TX 75374 | 12 | $4.11 | $4.11 | |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 5.43 | $ 0.00 |

